UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRACIE MITCHEM-GREEN,

    Petitioner,

v.      CASE NO. 3:25-cv-964-MMH-SJH

SCOTT HARRIS, et al.,

    Respondents.
_____/

## ORDER

**THIS CAUSE** is before the Court on two motions filed by Petitioner, Tracie Mitchem-Green ("Petitioner"): (i) a Motion to Participate in Electronic Filing ("Motion to Participate"), Doc. 3; and (ii) a Motion for Leave to Permit Typography with Previous Filings and Request to Grant Electronic Filing Request ("Motion for Miscellaneous Relief"), Doc. 4.

The Motion to Participate is **denied**. The Motion to Participate asserts no basis—let alone one supplying good cause out of the ordinary—for the requested relief. *See Gerow v. Blackwell*, No. 8:24-cv-2280-KKM-NHA, 2024 WL 4679030, at *1 (M.D. Fla. Nov. 5, 2024) ("'Absent a court order, a pro se litigant is not permitted to file documents in CM/ECF.' Such an order is generally unavailable in this district unless 'the pro se party makes a showing of good cause or extenuating circumstances justifying such relief.'") (citations omitted); *see also McMahon v. Cleveland Clinic Found.*

*Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011);[1] *Gillespie v. Wilcox*, No. 5:25-cv-486-SPC-PRL, 2025 WL 2306739, at *1 (M.D. Fla. Aug. 11, 2025); *Rothschild v. Anywhere Advisors LLC*, No. 2:24-cv-304-SPC-KCD, 2024 WL 2749245, at *1 (M.D. Fla. May 29, 2024). Similarly, the Motion for Miscellaneous Relief is **denied in part** to the extent it requests the Court grant the Motion to Participate.

The Motion for Miscellaneous Relief is **granted in part** to the limited extent that the Court will not strike prior filings of Petitioner that do not comply with the typography requirements of Local Rule 1.08. Petitioner is **directed** to carefully review and comply with the Local Rules, however, and is **cautioned** that future noncompliant filings may be summarily rejected.

**DONE AND ORDERED** in Jacksonville, Florida, on August 28, 2025.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

*Pro Se* party

---

[1] Unpublished opinions are not binding precedent; however, they may be cited when persuasive on a particular point. *See United States v. Futrell*, 209 F.3d 1286, 1289-90 (11th Cir. 2000); 11th Cir. R. 36-2.