# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TRACIE MITCHEM-GREEN,

    Plaintiff,

v.                                                                    Case No. 3:25-cv-964-MMH-SJH

SCOTT HARRIS, et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on Petitioner['s] Motion for Relief from Judgment [with Three Judges Required] (Doc. 42; Motion), filed January 9, 2026. In the Motion, Plaintiff Tracie Mitchem-Green seeks relief from the Court's dismissal order (Doc. 29; Dismissal Order), filed October 8, 2025, and its order denying vacatur and reconsideration (Doc. 36; Order Denying Vacatur and Reconsideration), filed November 4, 2025. See generally Motion. Upon review, the Court finds that Mitchem-Green has presented no legal basis for the relief she seeks. Accordingly, it is **ORDERED:**

Petitioner['s] Motion for Relief from Judgment [with Three Judges Required] (Doc. 42) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of January, 2026.

MARCIA MORALES HOWARD
United States District Judge

lc36

Copies to:

Counsel of Record
Pro Se Party